# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Andres Vanegas Gopar,  Civil No. 17-cv-0356 (PJS/TNL)

    Petitioner,

v.  **ORDER**

Department of Homeland Security Office of
the Inspector General,

    Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 19, 2017 (ECF No. 2), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this matter is transferred to the Eighth Circuit Court of Appeals.

Date: May 19, 2017

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota